IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOMER TLC, INC.,<br>a Delaware Corporation | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO. 05-CV-02861 |
| RICKEY A. MCDANIEL,<br>ROBERT FELDBAUER,<br>DAVID MOLLNER; and DRIVE<br>POWER, INC. d/b/a THE TRANS<br>DEPOT, | : | |

## Consent Order

The Parties have entered into a Settlement Agreement dated April 7-14, 2006, in which they agreed to entry of the following Consent Order:

1. Plaintiff's registered trademarks as reflected in Complaint Exhibits 1-5 [hereinafter "Registered Marks"] are valid and subsisting.

2. The Defendants' Trans Depot logo design format as depicted in the Complaint at Exhibits 6-9 [hereinafter "Trans Depot Logo"] infringes Plaintiff's Registered Marks.

3. Each and all of Defendants jointly and severally shall, within 90 days of the execution of the Settlement Agreement referenced above, discontinue all use of the "Trans Depot Logo" or any other trademark design format confusingly similar to any of Plaintiff's Registered Trademarks or trademark design formats for its various "The Home Depot" trademarks as reflected in the United States Trademark Registrations referenced in Exhibits 1-5 to the Complaint.

327342

4. Contemporaneously with the execution of the Settlement Agreement, The Trans Depot Defendants have submitted to Plaintiff for prior approval a new trademark intended to replace or substitute for The Trans Depot Defendants' infringing "Trans Depot Logo." This new logo is attached as Exhibit A hereto and incorporated by reference. Plaintiff stipulates that this new logo does not infringe its Registered Marks.

5. Contemporaneously with their execution of and delivery of the Settlement Agreement, The Trans Depot Defendants jointly and severally shall pay to the Plaintiff HOMER TLC, INC. $4,000 contemporaneously with their execution of and delivery of this agreement. In addition, The Trans Depot Defendants jointly and severally will pay an additional $4,000 within 90 days of the execution of the Settlement Agreement. The Defendants shall be jointly and severally liable for these payments.

6. The Trans Depot Defendants shall not be considered to be in breach of this Consent Order at least until their representative has received written notice of a claimed breach from Plaintiff HOMER TLC, INC. and has failed to cure the breach within 30 days of receipt of such notice. All such notices shall be sent by certified mail to: Mr. Arthur Gardner, Esquire.

7. The Trans Depot Defendants agree to consent to a preliminary and permanent injunction in the event any of them breaches and fails to cure any material obligations of this Consent Order.

It is so Ordered, this _27_ day of March 2006.

*Thomas W. Thrash*
Honorable Thomas W. Thrash
United Stats District Court

AGREED TO BY:

HOMER TLC, INC., Plaintiff
By Plaintiff's Representative

4/14/06
Date

LAWRENCE K. NODINE, GA Bar No. 545250
Attorney for Plaintiff HOMER TLC, INC.

4/13/06
Date

RICKEY A. MCDANIEL

4-7-06.
Date

ROBERT FELDBAUER

4-7-06.
Date

DAVID MOLLNER

4/7/06
Date

DRIVE POWER, INC. d/b/a
THE TRANS DEPOT
Representative of THE TRANS DEPOT

4-7-06.
Date

ARTHUR GARDNER, GA Bar No. ~~XXX~~283995
Attorney for Defendants

4/11/06
Date

# Exhibit A

